# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW HARRIS**
**BCCC #235519**                                             PETITIONER

v.                      No. 5:18-cv-87-DPM

**BOWIE COUNTY, TEXAS,**
**and PRINCE, Sheriff**                                      RESPONDENTS

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Harris's petition will be dismissed without prejudice. His motion for leave to proceed *in forma pauperis*, № 8, is denied as moot. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2018