# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW HARRIS**
**BCCC #235519**                                                              **PETITIONER**

v.                                  No. 5:18-cv-87-DPM

**BOWIE COUNTY, TEXAS,**
**and PRINCE, Sheriff**                                                   **RESPONDENTS**

## JUDGMENT

Harris's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2018